UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>PUBLIC CONSULTING GROUP, INC.; and DOES 1 through 20, inclusive,<br><br>                      Defendants. | Case No.: 22-cv-813-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

      On April 1, 2022, Plaintiff Lisa Martinez initiated this action by filing a Class Action Complaint ("Complaint") alleging state law claims against Defendant Public Consulting Group, Inc. in San Diego County Superior Court, where it was assigned case number 37-2022-00012198-CU-OE-CTL. (ECF No. 3-1).

      On June 2, 2022, Defendant removed the action to this Court pursuant to 28 U.S.C. §§ 1332(d) (diversity jurisdiction pursuant to the Class Action Fairness Act), 1441, and 1446. (ECF No. 1). On June 3, 2022, Defendant filed a Corrected Notice of Removal. (ECF No. 3).

      On June 9, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint and Strike Class Allegations ("Motion to Dismiss") pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f). (ECF No. 4).

On June 28, 2022, Plaintiff filed a First Amended Class Action Complaint ("First Amended Complaint") (ECF No. 6), as was her right pursuant to Federal Rule of Civil Procedure 15. *See* Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."); *see also Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1007 (9th Cir. 2015) ("Rule 15 confers a 'right' to amend upon parties."). "[A]n amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez*, 806 F.3d at 1008 (quotation omitted). Defendant's Motion to Dismiss, addressing the original Complaint, became moot once the First Amended Complaint was filed. *See id.*

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 4) is denied as moot.

Dated: July 5, 2022

Hon. William Q. Hayes
United States District Court